## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

-------------------------------------------------------------------------x

Macushla Baumann,

   individually and on behalf of all others similarly situated,

                Plaintiff,

                                                              Case No.: 1:21-cv-1146

    -against-

Revenue Enterprises, LLC;

and John Does 1-25;

                Defendant(s).

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney and the Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 27, 2021                                        Respectfully Submitted,

                                                                    */s/Eliyahu Babad*
                                                                  Eliyahu Babad Esq.
                                                                  **Stein Saks, PLLC**
                                                                  285 Passaic Street
                                                                  Hackensack, NJ 07601

ebabad@steinsakslegal.com  
Tel. 201-282-6500  
Fax 201-282-6501  
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 27th day of May, 2021                                 Respectfully Submitted,

*/s/ Eliyahu Babad*
Eliyahu Babad